1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA RANGEL, ) | 1:07-CV-1143 AWI GSA |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, August 7, 2007, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /

1 | Dated: February 7, 2008      /s/ Sengthiene Bosavanh

2                                   SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4 | Dated: February 8, 2008      MCGREGOR SCOTT
United States Attorney

5

6                                   By: /s/ Jacqueline A. Forslund
(as authorized via facsimile/e-mail)
JACQUELINE A. FORSLUND

7                                   Assistant Regional Counsel

11      IT IS SO ORDERED.

12      **Dated:** **February 15, 2008**      **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE