IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA RANGEL,          )<br>                         )<br>                         )<br>     Plaintiff,         )<br>                         )<br>  vs.                    )<br>                         )<br>MICHAEL J. ASTRUE, Commissioner, )<br>                         )<br>     Defendant.         )<br>_____) | 1:07-cv-01143 AWI GSA<br><br>ORDER TO SHOW CAUSE |

On August 3, 2007, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On August 7, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On January 8, 2008, Defendant lodged the administrative record. On February 14, 2008, the parties stipulated to extend the time for Plaintiff to serve her confidential brief to March 7, 2008. Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief in this Court on or

1

1  before May 12, 2008.  Plaintiff has failed to file her opening brief and the parties have not stipulated
2  to an extension of time for such filing.
3       Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be
4  dismissed for failure to comply with the August 7, 2007, Scheduling Order.  Plaintiff is ORDERED
5  to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this
6  Order.  If Plaintiff desires more time to file her brief, she should so state in her response.
7       Failure to respond to this Order to Show Cause within the time specified will result in
8  dismissal of this action.

11     IT IS SO ORDERED.
12     Dated:   **June 10, 2008**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

2