1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| SYLVIA RANGEL | ) | |
|---|---|---|
| | ) | 1:07-CV-1143 AWI GSA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 26, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: June 26, 2008            /s/ Sengthiene Bosavanh

                                SENGTHIENE BOSAVANH, ESQ.
                                Attorney for Plaintiff

Dated:
                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Sarah Ryan
                                (as authorized via e-mail)
                                SARAH RYAN
                                Assistant Regional Counsel

1        The Clerk of the Court is DIRECTED to close this action.

3  IT IS SO ORDERED.

4  **Dated:**   **July 11, 2008**                 **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE